1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT M. MEAD, TRUSTEE,              No. CIV-S-04-2261 MCE/DAD PS
     ROBERT M. MEAD LIVING TRUST,
12
              Plaintiff,
13
          v.                              ORDER
14
     RICHARD L. DICKINSON, ET AL.,
15
              Defendants.
16   _____/

17       Plaintiff, proceeding pro se, filed the above-entitled

18   action.  The matter was referred to a United States Magistrate

19   Judge pursuant to Local Rule 72-302(c)(21).

20       On November 4, 2004, the magistrate judge filed findings and

21   recommendations herein which were served on the parties and which

22   contained notice that any objections to the findings and

23   recommendations were to be filed within ten days.  Plaintiff and

24   defendants have filed objections to the findings and

25   recommendations.  (See Doc. nos. 11 & 15.)

26   ///

                                    1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a

3 de novo review of this case and has considered the parties

4 objections.  Having carefully reviewed the entire file, the court

5 finds the findings and recommendations to be supported by the

6 record and by proper analysis.  The court has determined that

7 there is no need to modify the findings and recommendations based

8 on the points raised in the parties' objections.[1]

9 ///

10 ///

11 ///

12 ///

13 ///

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20    [1]   In their objections, defendants request only that the
court issue Federal Rule of Civil Procedure 11 sanctions against

21 plaintiff.  However, the magistrate judge denied an earlier
request by defendants for Rule 11 sanctions, explaining that "no

22 Rule 11 motion has been properly briefed or noticed for hearing
as required by the Local Rules."  (Order filed December 7, 2004.)

23 Defendants' renewed request for sanctions in their objections is
also unsupported by any meaningful showing.  Therefore,

24 defendants' request for Rule 11 sanctions is denied.  See Fed. R.
Civ. P. 11(c)(1)(A) ("A motion for sanctions under this rule shall

25 be made separately from other motions or requests and shall
describe the specific conduct alleged to violate subdivision

26 (b).").

1      Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed November 4, 2004,

3 are adopted in full;

4      2.  This state civil action is summarily remanded to the

5 Sacramento County Superior Court; and

6      3.  The Clerk is directed to close this case.

7

8 DATED: November 2, 2005

9

10

11 _____
   MORRISON C. ENGLAND, JR
12 UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26